USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __10/7/20_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
SVETLANA SHOLOPA,                  :
                                                          :
                    **Plaintiff,**    :
                                                          :
            -against-           :     20-cv-3294-ALC
                                                          :
TURKISH AIRLINES, INC.,             :     **ORDER**
                                                          :
                 **Defendants.**   :
                                                          :
                                                          :
-------------------------------------------------------- x

-------------------------------------------------------- x
MILICA MILOSEVIC,                    :
                                                          :
                    **Plaintiff,**   :
                                                          :
            -against-           :     20-cv-3328-ALC
                                                          :
TURKISH AIRLINES, INC.,             :     **ORDER**
                                                          :
                 **Defendants.**  :
                                                          :
                                                          :
-------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

      In Case No. 20-cv-3294, There are pending motions to consolidate these two cases and to appoint counsel. (ECF Nos. 16, 24). There is also a briefing schedule set on Defendant's motion to dismiss. The court will hold a telephonic conference in this matter on **October 13, 2020 at 10:00 a.m.**

      Plaintiffs should initiate the call to the other parties, and once all relevant parties are on the line, should contact the Court at 1-888-363-4749 (Conference Code: 3768660) on the date and time specified above.

**SO ORDERED.**

**Dated:** October 5, 2020

       **New York, New York**

                                    **ANDREW L. CARTER, JR.**
                                    **United States District Judge**