**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------ x
SVETLANA SHOLOPA,                                      :
                                                       :
                              Plaintiff,               :
                                                       :
              -against-                                :      20-cv-3294-ALC
                                                       :
TURKISH AIRLINES, INC.,                                :      ORDER
                                                       :
                              Defendant.               :
                                                       :
                                                       :
------------------------------------------------------ x

------------------------------------------------------ x
MILICA MILOSEVIC,                                      :
                                                       :
                              Plaintiff,               :
                                                       :
              -against-                                :      20-cv-3328-ALC
                                                       :
TURKISH AIRLINES, INC.,                                :      ORDER
                                                       :
                              Defendant.               :
                                                       :
                                                       :
------------------------------------------------------ x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  October 14, 2020

**ANDREW L. CARTER, JR., United States District Judge:**

The Court held a telephone conference on October 13, 2020. For the reasons discussed on the record, the Court marks the motion to appoint class counsel as withdrawn and grants the motion to consolidate cases 20-cv-3294 and 20-cv-3328. (ECF Nos. 16, 24). This resolves ECF Nos. 16, 24. Plaintiffs shall file a consolidated amended complaint by October 23, 2020.

The Court sets the following briefing schedule on defendant's motion to dismiss:

   Defendant's Motion to Dismiss:                          November 13, 2020


| | |
|---|---|
| Plaintiffs' Opposition: | December 4, 2020 |
| Defendant's Reply, if any: | December 11, 2020 |

**SO ORDERED**

**Dated:**  October 14, 2020

       **New York, New York**　　　　　　　　　　　　**ANDREW L. CARTER, JR.**
                                                                      **United States District Judge**