| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**SOUTHERN DISTRICT OF NEW YORK**<br>-------------------------------------------------------- x<br><br>**SVETLANA SHOLOPA,** *on behalf of herself*<br>*and all others similarly situated*,<br><br>Plaintiff,<br><br>-against-<br><br>**TURKISH AIRLINES, INC. A/K/A TURK**<br>**HAVA YOLLARI ET AL.,**<br><br>**Defendants.**<br>-------------------------------------------------------- x | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: April 6, 2022<br><br>**1:20-cv-3294(ALC)**<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court will hold a telephonic status conference on Tuesday, April 12, 2022 at 2:00 p.m. The Parties should contact the court at 1-888-363-4749 (Access Code: 3768660). Members of the public and the press can use the same dial-in information.

**SO ORDERED.**

Dated:  April 6, 2022
        New York, New York

*/s/ Andrew L. Carter, Jr.*
_____
    **ANDREW L. CARTER, JR.**
    **United States District Judge**