MEMO ENDORSED

**R & FISHER P.A.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12/01/2022

**888 SEVENTH AVENUE**
**NEW YORK, NY 10019**
www.bursor.com

**MAX S. ROBERTS**
Tel: **646.837.7408**
Fax: **212.989.9163**
mroberts@bursor.com

November 29, 2022

*Via ECF*

The Honorable Andrew L. Carter, Jr.
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 1306
New York, New York 10007

  Re: *Sholopa v. Turk Hava Yollari A.O., Inc.*, Case No. 1:20-cv-03294-ALC

Dear Judge Carter:

  I represent Plaintiffs Svetlana Sholopa and Milica Milosevic in the above referenced matter. Pursuant to Your Honor's Individual Practice 1.D., I write on behalf of Plaintiffs and Defendants Turk Hava Yollari A.O. (d/b/a Turkish Airlines) and Turkish Airlines, Inc. to jointly request an extension of time for Plaintiffs to file their Motion for Preliminary Approval of Class Action Settlement. The request for an extension is made to allow the Parties sufficient time to obtain quotes from claims administrators, which the Parties wish to include in the settlement agreement and preliminary approval briefing.

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Plaintiffs' Motion for Preliminary Approval of Class Action Settlement | December 2, 2022 | December 19, 2022 |

  This request is not for the purposes of delay. This is the first request by Plaintiffs to extend the date to file their Motion for Preliminary Approval of Class Action Settlement.

           Respectfully submitted,

           */s/ Max S. Roberts*

           Max S. Roberts

CC: All counsel of record (via ECF)

SO ORDERED:
*/s/ Andrew L. Carter, Jr.*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
12/01/2022