**MEMO ENDORSED**

**BURSOR & FISHER, P.A.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12/20/2022

888 SEVENTH AVENUE
NEW YORK, NY 10019
www.bursor.com

MAX S. ROBERTS
Tel: 646.837.7408
Fax: 212.989.9163
mroberts@bursor.com

December 19, 2022

*Via ECF*

The Honorable Andrew L. Carter, Jr.
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 1306
New York, New York 10007

    Re:    *Sholopa v. Turk Hava Yollari A.O.*, Case No. 1:20-cv-03294-ALC

Dear Judge Carter:

    I represent Plaintiffs Svetlana Sholopa and Milica Milosevic in the above referenced matter. Pursuant to Your Honor's Individual Practice 1.D., I write on behalf of Plaintiffs and Defendants Turk Hava Yollari A.O. (d/b/a Turkish Airlines) and Turkish Airlines, Inc. to jointly request an extension of time for Plaintiffs to file their Motion for Preliminary Approval of Class Action Settlement. The Parties are awaiting signatures to the Settlement Agreement and thus are unable to file the Motion for Preliminary Approval this evening. Accordingly, the Parties request an additional day to file the Motion for Preliminary Approval.

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Plaintiffs' Motion for Preliminary Approval of Class Action Settlement | December 19, 2022 | December 20, 2022 |

    This request is not for the purposes of delay. This is the second request by the Parties to extend the date to file their Motion for Preliminary Approval of Class Action Settlement.

Respectfully submitted,

Max S. Roberts

CC:    All counsel of record (via ECF)

SO ORDERED:
*/s/ Andrew L. Carter*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
12/20/2022