UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SVETLANA SHOLOPA and MILICA
MILOSEVIC, on behalf of themselves and all
others similarly situated,

                    Plaintiffs,

            -against-                                        20-CV-3294 (ALC)


TURK HAVA YOLLARI A.O. d/b/a
TURKISH AIRLINES, a foreign corporation,              ORDER
and TURKISH AIRLINES, INC., a New York
Corporation,

                    Defendants.


ANDREW L. CARTER, JR., United States District Judge:

        Defendants are directed to file a letter by **December 30, 2022** indicating whether they

oppose Plaintiffs' motion for preliminary approval of class action settlement at ECF No. 75.


Dated:  December 22, 2022
        New York, New York                    _____
                                              ANDREW L. CARTER, JR.
                                              United States District Judge