UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SVETLANA SHOLOPA and MILICA MILOSEVIC, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>  -against-<br><br>TURK HAVA YOLLARI A.O. d/b/a TURKISH AIRLINES, a foreign corporation, and TURKISH AIRLINES, INC., a New York Corporation,<br><br>      Defendants. | 20-CV-3294 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

  The Court shall hold a telephonic hearing on **Thursday, February 16 at 11:00 a.m**. The parties shall contact the Court at **1-888-363-4749** (access code: **3768660**). The parties should be prepared to discuss the joint motion to seal at ECF No. 74.

**Dated: February 7, 2023**
   New York, New York

                      ANDREW L. CARTER, JR.
                      United States District Judge