UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SVETLANA SHOLOPA and MILICA MILOSEVIC, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>    -against-<br><br>TURK HAVA YOLLARI A.O. d/b/a TURKISH AIRLINES, a foreign corporation, and TURKISH AIRLINES, INC., a New York Corporation,<br><br>      Defendants. | 20-CV-3294 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

  After considering the parties' arguments from the February 16, 2023 hearing, the joint letter motion to seal at ECF No. 74 is **DENIED**. A presumption of public access to judicial documents exists under both the common law and the First Amendment. *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 124 (2d Cir. 2006). Defendants "have not made 'a particular and specific demonstration of fact' that the disclosure of any of the [documents] would 'result in an injury sufficiently serious to warrant protection[.]'" *E.E.O.C. v. Kelley Drye & Warren LLP*, No. 10-CV-655 (LTS)(MHD), 2012 WL 691545, at *4 (S.D.N.Y. Mar. 2, 2012) (quoting *In re Parmalat Sec. Litig.*, 258 F.R.D. 236, 244 (S.D.N.Y. 2009)). Accordingly, the parties are directed to file unredacted versions of the relevant documents by **February 21, 2023**.

Dated: February 17, 2023
    New York, New York

                   **ANDREW L. CARTER, JR.**
                   **United States District Judge**