UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SVETLANA SHOLOPA and MILICA MILOSEVIC, on behalf of themselves and all others similarly situated,<br><br>                                    Plaintiff,<br><br>          v.<br><br>TURK HAVA YOLLARI A.O., INC. (d/b/a Turkish Airlines, a foreign corporation), and TURKISH AIRLINES, INC., a New York Corporation<br><br>                                    Defendants. | 20-cv-03294 (ALC)<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND PRELIMINARY APPROVAL DEADLINES** |

**WHEREAS**, Plaintiffs Svetlana Sholopa and Milica Milosevic ("Plaintiffs") filed a putative class action against Defendants Turk Hava Yollari A.O. (d/b/a Turkish Airlines) and Turkish Airlines, Inc. ("Turkish Airlines") on behalf of themselves and all others similarly situated, alleging that Turkish Airlines did not issue or timely issue refunds for its customers' flights that were cancelled due to COVID-19 and Turkish Airlines denied such allegations;

**WHEREAS**, Plaintiffs and Turkish Airlines entered into a Settlement Agreement and Release ("Settlement Agreement" or "Settlement") on December 20, 2022, which sets forth the terms and conditions of the proposed Settlement and the dismissal of the Litigation against Turkish Airlines with prejudice;

**WHEREAS**, Plaintiffs moved the Court for an Order preliminarily approving the proposed Settlement pursuant to Federal Rule of Civil Procedure 23, certifying a Settlement Class for purposes of settlement, and approving notice to the Settlement Class as more fully described herein;

**WHEREAS**, the Court granted an Order preliminarily approving the proposed Settlement pursuant to Federal Rule of Civil Procedure 23 on April 4, 2023 (the "Order");

**WHEREAS**, the Parties seek a brief extension of the deadlines set forth in this Court's Order to provide additional time for Defendants to provide contact information for Settlement Class Members to the Settlement Administrator;

**NOW, THEREFORE, IT IS HEREBY ORDERED:**

The Court amends the deadlines set forth in the Order as follows:

| Event | Deadline | [Proposed] Date |
|---|---|---|
| Last day for Turkish Airlines to provide Settlement Class Member contact information to the Settlement Administrator | 14 days after entry of Preliminary Approval Date | **May 2, 2023** |
| Notice Date (Email and Direct Mail) | Within 30 days after entry of Preliminary Approval Date | **May 18, 2023** |
| Reminder Email Notice | 30 days after first Email Notice is sent | **June 19, 2023** |
| Last day for Plaintiffs and Class Counsel to file motion for final approval of the Settlement, and motion for attorneys' fees, costs and service awards | 14 days before the Exclusion/Objection Deadline | **June 29, 2023** |
| Exclusion/Objection Deadline | 14 days before the Final Approval Hearing | **July 6, 2023** |
| Last day for the Parties to file any responses to objections, and any replies in support of motion for final settlement approval and/or Class Counsel 's application for attorneys' fees, costs and service awards | 7 days before Final Approval Hearing | **July 13, 2023** |
| Claims Deadline | 60 days after Notice Date | **July 17, 2023** |
| Final Approval Hearing | July 20, 2023 | **July 20, 2023** |

- 3 -

- 4 -

**IT IS SO ORDERED.**

DATED: 4/19/2023

_____
THE HONORABLE ANDREW L. CARTER
UNITED STATES DISTRICT JUDGE