UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SVETLANA SHOLOPA and MILICA MILOSEVIC, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>TURK HAVA YOLLARI A.O. (d/b/a Turkish Airlines, a foreign corporation), and TURKISH AIRLINES, INC., a New York Corporation,<br><br>        Defendants. | Case No. 1:20-cv-03294-ALC<br><br>Hon. Andrew L. Carter |

## NOTICE OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on August 24, 2023, at 11:00 a.m. before the Honorable Andrew L. Carter, United States District Judge for the Southern District of New York, 40 Foley Square, New York, New York 10007, Plaintiffs Svetlana Sholopa and Milica Molosevic, by and through Class Counsel, will move and hereby does move for an order: (i) finally approving the Class Action Settlement, and (ii) certifying the Settlement Class.

**PLEASE TAKE FURTHER NOTICE** that, in support of the motion, Plaintiffs will rely upon: (i) the accompanying memorandum of law in support; (ii) the Declaration of Yeremey O. Krivoshey with annexed exhibits (including the Parties' Class Action Settlement Agreement); and (iii) the Declaration of Bronyn Heubach of JND Legal Administration, and the exhibits attached thereto.

A Proposed Final Judgment and Order of Dismissal with Prejudice is submitted herewith.

1

Dated: June 29, 2023  Respectfully submitted,

By: /s/ *Max S. Roberts*
 Max S. Roberts

**BURSOR & FISHER, P.A.**
Max S. Roberts
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-mail: mroberts@bursor.com

**BURSOR & FISHER, P.A.**
Yeremey O. Krivoshey (*Pro Hac Vice*)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ykrivoshey@bursor.com

**LIDDLE SHEETS COULSON P.C.**
Nicholas A. Coulson (*Pro Hac Vice*)
975 E. Jefferson Avenue
Detroit, Michigan 48207
Telephone: (313) 392-0015
Facsimile: (313) 392-0025
E-mail: ncoulson@lsccounsel.com

*Class Counsel*