UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SVETLANA SHOLOPA and MILICA MILOSEVIC, on behalf of themselves and all others similarly situated,

      Plaintiffs,

   -against-

TURK HAVA YOLLARI A.O. d/b/a TURKISH AIRLINES, a foreign corporation, and TURKISH AIRLINES, INC., a New York Corporation,

      Defendants.

20-CV-3294 (ALC)

**ORDER**

---

**ANDREW L. CARTER, JR., United States District Judge:**

  For the reasons stated at the August 24, 2023 final fairness hearing, the motion for settlement approval at ECF No. 91 and the motion for attorneys' fees at ECF No. 94 are **GRANTED**. As stated on the record, the deadline to opt out of the settlement is extended to **September 15, 2023**.

  The Clerk of Court is respectfully requested to terminate all pending motions and close this case and the related action.

**Dated:  August 25, 2023**
   New York, New York

                **ANDREW L. CARTER, JR.**
                **United States District Judge**